1
2
3
4
5
6
7          IN THE UNITED STATES DISTRICT COURT
8          FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 | ALVARO QUEZADA,                    CASE No. 1:13-cv-00960-MJS (PC)
11 |        Plaintiff,                  ORDER TO SUBMIT APPLICATION
                                        TO PROCEED IN FORMA PAUPERIS
12 |    vs.                             OR PAY FILING FEE WITHIN 45 DAYS
13 | MATTHEW CATE, et al.,
14 |        Defendants.
                                   /
15

16     Plaintiff is a state prisoner proceeding pro se in a civil rights action filed on June 24,
17 2013 pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $400.00 filing fee, or
18 submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.
19     Accordingly, IT IS HEREBY ORDERED that:
20     Within forty-five (45) days of the date of service of this Order, Plaintiff shall submit
21 the attached application to proceed in forma pauperis, completed and signed, or in the
22 alternative, pay the $400.00 filing fee for this action. **No requests for extension will be**
23 **granted without a showing of good cause**. Within sixty (60) days of the date of service
24 of this Order, Plaintiff shall submit a certified copy of his/her prison trust statement for the
25 six month period immediately preceding the filing of the Complaint.
26 ////////
27 ////////
28 ////////

**Failure to comply with this Order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   June 26, 2013                           /s/ *Michael J. Seng*
                                                 UNITED STATES MAGISTRATE JUDGE