UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO QUEZADA,<br><br>    Plaintiff,<br><br>    v.<br><br>MATTHEW CATES, et al.,<br><br>    Defendants. | CASE NO. 1:13-cv-00960-AWI-MJS (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS FOR DISMISSAL OF CERTAIN OF PLAINTIFF'S CLAIMS AND DEFENDANTS<br><br>(ECF No. 12) |

    Plaintiff is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. (ECF Nos. 1 & 7.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302 of the United States District Court for the Eastern District of California.

    On April 17, 2015, the Magistrate Judge issued findings and recommendations (ECF No. 12) that (1) Plaintiff should proceed on the First Amendment free exercise of religion, Fourteenth Amendment equal protection, and RLUIPA claims against Defendant Smith, and (2) all other claims asserted in the Complaint and all other named Defendants should be dismissed. Plaintiff did not object to the Findings and Recommendations and the time for doing so has passed.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the

Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 12), filed on April 17, 2015, are adopted in full;
2. Plaintiff is to proceed on the First Amendment free exercise of religion, Fourteenth Amendment equal protection, and RLUIPA claims against Defendant Smith; and
3. All other claims asserted in the Complaint and all other named Defendants are dismissed with prejudice.

IT IS SO ORDERED.

Dated:   May 11, 2015                                    _____
                                                        SENIOR DISTRICT JUDGE

2