UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO QUEZADA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW CATE, et al.,<br><br>　　　　　Defendants. | CASE No. 1:13-cv-00960-AWI-MJS (PC)<br><br>**ORDER GRANTING MOTION FOR PROTECTIVE ORDER AND REQUEST TO STAY DISCOVERY**<br><br>**(ECF No. 26)** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. The action proceeds against Defendant Smith on Plaintiff's First Amendment free exercise of religion, Fourteenth Amendment equal protection, and RLUIPA claims. (ECF No. 12.)

Before the Court is Defendant's motion for a protective order and request to stay discovery. (ECF No. 26.) Plaintiff filed an opposition. (ECF No. 27.) Defendant filed a reply. (ECF No. 29.) The matter is deemed submitted. Local Rule 230(*l*).

Defendant seeks a protective order staying discovery until after the Court has issued a discovery and scheduling order in this case.[1] According to Defendant, Plaintiff already has propounded document requests and interrogatories, even though Defendant

---

[1] Defendant also sought a stay on the ground that her motion to dismiss was pending. However, the motion since has been denied. (ECF No. 28.) Defendant thus has abandoned this ground for a stay. (ECF No. 29.)

1

has not yet answered the complaint. Plaintiff responds that early discovery will assist him in uncovering material evidence relevant to his claims.

Plaintiff previously was advised that no discovery may be conducted in this action without permission until after Defendant files an answer and the Court issues a Discovery and Scheduling Order. (ECF No. 2 at 4.) Plaintiff has not sought permission to conduct early discovery, nor has he asserted a basis for granting such permission. Defendant has not answered, and no discovery order has issued. Plaintiff's document requests and interrogatories are premature.

Accordingly, it is HEREBY ORDERED that:

1. Defendant's motion for a protective order staying discovery is HEREBY GRANTED;
2. Absent further order of the Court, no discovery is permitted until after Defendant has answered and the Court has issued a Discovery and Scheduling Order; and
3. Defendant's responses to discovery requests presently outstanding are due forty five days after the issuance of the Court's Discovery and Scheduling Order.

IT IS SO ORDERED.

Dated: March 18, 2016         /s/ *Michael J. Seng*
                              UNITED STATES MAGISTRATE JUDGE