UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO QUEZADA,<br><br>              Plaintiff,<br><br>      v.<br><br>M. SMITH, et al.,<br><br>              Defendants. | **CASE No. 1:13-cv-00960-AWI-MJS (PC)**<br><br>**ORDER DENYING AS MOOT DEFENDANT'S APPLICATION TO STAY THE CASE**<br><br>**(ECF No. 69)**<br><br>**ORDER STAYING DISCOVERY AND DISPOSITIVE MOTION DEADLINES** |

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. On March 8, 2017, Defendant Smith filed an ex parte application to stay the case or to extend the discovery and dispositive motion deadlines pending resolution of her motion to declare Plaintiff a vexatious litigant and require him to post security. (ECF No. 69.) That same day, the motion was granted in part and denied in part. (ECF No. 70.) Accordingly, Defendant's motion to stay or to extend the deadlines is HEREBY DENIED as moot.

      Nonetheless, in that same order, the District Judge granted Plaintiff forty-five days to file an amended complaint. Additionally, the District Judge permitted Plaintiff to proceed against a new party, Defendant Carron. At present, Defendant Carron has not

been served and it is unclear whether Plaintiff will amend. In order to promote efficiency and economy for the parties and the Court, it is HEREBY ORDERED that the discovery and dispositive motion deadlines are stayed pending screening of Plaintiff's amended complaint, if any, or the expiration of the deadline to amend, and service on Defendant Carron. The Court will issue a further scheduling order once these issues regarding Plaintiff's pleading are resolved.

IT IS SO ORDERED.

Dated:   March 13, 2017                    /s/ *Michael J. Seng*
                                                  UNITED STATES MAGISTRATE JUDGE